UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Phillip R. Anderson,

    Plaintiff,

vs.

Bank of America,

    Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 13-1037 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That Plaintiff's Complaint, [Docket No. 1], is **DISMISSED without prejudice**, for failure to effect service and for lack of prosecution, unless Plaintiff, within the 14-day deadline to object to the Report and Recommendation, provides proof of service or shows good cause for an extension of time to serve Defendant.

DATED: 12/6/13  
At Minneapolis, Minnesota

s/Patrick J. Schiltz  
Patrick J. Schiltz, Judge  
United States District Court